**UNITED STATES DISTRICT COURT**
**FOURTH DISTRICT OF MINNESOTA**

---

Trustees of the Graphic Communications International Union Upper Midwest Local 1-M Health and Welfare Fund,

Plaintiffs,

vs.

Associated Lithographers, Inc.; Associated Lithographers, a Minnesota general partnership; Robert R. Wolfe; and Robert G. Ondich;

Defendants.

Court File No.00-CV-1033 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between Plaintiff and all Defendants, through their respective counsel, that Plaintiff's action against Defendants Associated Lithographers, Inc.; Associated Lithographers, a Minnesota general partnership; Robert R. Wolfe; and Robert Ondich may be and is hereby dismissed with prejudice and without costs to any of the parties to this action.

Dated: November 7, 2000

RIDER, BENNETT, EGAN & ARUNDEL

By: Piper L. Kenney
Gregory M. Weyandt (#116324)
Piper L. Kenney (#275621)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
612-340-7925

ATTORNEYS FOR DEFENDANTS

FILED NOV 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 08 2000
DEPUTY CLERK

::ODMA\GRPWISE\FELLAW.MPLS.MPLS Doc Library:163849.1

Dated: November 6, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

By: Ruth S. Marcott

Ruth S. Marcott, #176825
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 373-8435

ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

Dated: Nov. 3, 2000

BY THE COURT

THE HONORABLE DAVID S. DOTY
Judge of United States District Court
for the District of Minnesota

LET JUDGMENT BE ENTERED ACCORDINGLY.